United States District Court
Southern District of Texas
ENTERED

JAN 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA, §
§
versus § Civil Action B-03-193
§
Yvonne Zavala §

## ORDER OF CONTINUANCE

Upon the Motion of the United States, the pretrial conference set for January 6, 2004, at 1:30 p.m. is continued, ~~until a time to be established by the Court.~~ IT IS RESET ON 26 JAN 2004 AT 1:30 PM.

Signed this 5TH day of JAN, 2004.

_____
United States ~~District~~ Judge
MAGISTRATE