United States District Court
Southern District of Texas
FILED

JAN 2 0 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | CIVIL ACTION B-03-193 |
| YVONNE ZAVALA | § | |

## MOTION FOR CONTINUANCE

The United States of America moves for additional time to serve the defendant.

1. The United States has obtained service on the defendant. Defendant was served on December 31, 2003.

2. The United States requests additional time to allow for the government to review and respond at appropriate time to defendant's answer or to her non-response to service.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all parties on this __19th__ day of __January__, 2004, in accordance with the Federal Rules of Civil Procedure.

*[signature]*