United States District Court
Southern District of Texas
ENTERED

JAN 2 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | CIVIL ACTION B-03-193 |
| YVONNE ZAVALA | § | |

ORDER OF CONTINUANCE

The United States has until 9 FEBRUARY, 2004, to respond to service on defendant.

Signed this 21 day of JANUARY, 2004.

_____
United States ~~District~~ Judge
MAGISTRATE B