8

United States District Court
Southern District of Texas
FILED

JAN 2 9 2004

Michael N. Milby
Clerk of Court

B-03-CV-193

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by? HAND DELIVERY | Date 12/31/04 @ 12:45 PM |
|---|---|
| NAME OF SERVER (PRINT) DAVE ECKSTEIN | Title PROCESS SERVER |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served. RT. 8 BOX 621, BROWNSVILLE, TEXAS

[ ] Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

[ ] Returned unexecuted: _____

[ ] Other (specify) : _____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

## DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on 12/31/03
Date

Signature of Server /s/ DAVE ECKSTEIN

Address of Server