United States District Court
Southern District of Texas
ENTERED

MAR 1 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-03-193 |
| Yvonne Zavala | § § | |

### ENTRY OF DEFAULT

Having considered plaintiff's Motion for Entry of Default, pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court is hereby ordered to make an entry of default against Yvonne Zavala in that the defendant has not filed an answer or other responsive pleading in this cause.

Signed this 17th day of March, 2004, at Brownsville, Texas.

_____
United States District Judge