UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-03-193 |
| | § | |
| Yvonne Zavala | § | |

Pursuant to the Court's Order of March 17, 2004, and it appearing that Defendant is in default for failure to plead or otherwise defend as required by law, default is hereby entered against defendant Yvonne Zavala, this 17th day of march, 2004.

MICHAEL N. MILBY
Clerk

By Mariela Perez
Deputy Clerk