UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| versus | § | Civil Action B-03-193 |
| Yvonne Zavala | § § | |

## DEFAULT JUDGMENT

Yvonne Zavala failed to appear in this action after service.

It is adjudged that the United States of America recover from Yvonne Zavala:

A.  Principal of $4,507.93, plus

B.  Prejudgment interest from March 26, 1999, at $0.59 per day until the date of judgment, plus

C.  Attorney's fees of $ 550.00 and all costs of court, plus

D.  Post-judgment interest at 2.07 % per annum.

Signed June 15, 2004.

United States District Judge